## A00A2395. BRANNEN/GODDARD COMPANY et al. v. BAKER.
(569 SE2d 602)

BARNES, Judge.

Division 7 of the decision of the Court of Appeals in this case has been affirmed in part and reversed in part by the Supreme Court, *Baker v. Brannen/Goddard Co.*, 274 Ga. 745, 750 (2) (559 SE2d 450) (2002), as follows:

> [T]he judgment of the Court of Appeals is reversed to the extent that it allows B/G and Rich to recover for any unpaid monthly commissions due before September of 1992. Recovery is limited to the six-year period preceding the filing of the complaint[,] and, in the event of an amendment, any unpaid installments which become due in the months subsequent to September 1998.

Division 7 of our decision in *Nolan Road West v. PNC Realty Holding Corp. &c.*, 248 Ga. App. 248 (544 SE2d 750) (2001), is therefore vacated, and the judgment of the Supreme Court is made the judgment of this court as to that Division.

*Judgment affirmed in part and reversed in part with direction as to Division 7. Blackburn, C. J., and Eldridge, J., concur.*

DECIDED JULY 24, 2002.

Morris, Manning & Martin, Lewis E. Hassett, Jessica F. Pardi, Perry A. Phillips, for appellants.

Chamberlain, Hrdlicka, White, Williams & Martin, James L. Paul, Matthew J. McCoyd, for appellee.